IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                           2:18-cr-110
                                 Chief Judge Marbley

Edward Charles Robinson

<u>ORDER</u>

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 40) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: January 17, 2020                s\Algenon L. Marbley
                                        Algenon L. Marbley
                                        Chief United States District Judge